PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, MINTURN, KALISCH, BLACK, CAMPBELL, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ.   10.

*For reversal*—None.

CONA JACKSON, ADMINISTRATRIX AD PROSEQUENDUM, ETC., RESPONDENT, v. JOHN J. GEIGER ET AL., APPELLANTS.

Submitted October 29, 1926—Decided January 31, 1927.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 723.

For the respondent, *William Harris* and *Israel B. Greene.*

For the appellants, *Schneider & Schneider.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, MINTURN, BLACK, KATZENBACH, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.   11.

*For reversal*—None.